**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIGNAL PEAK ENERGY, LLC, | Civil Action |
| | No. 1:24-cv-00366-TSC |
| Plaintiff, | |
| | **NOTICE OF COMPLETION** |
| v. | **OF ENVIRONMENTAL** |
| | **IMPACT STATEMENT** |
| DOUGLAS BURGUM,[1] *et al.*, | **AND APPROVAL OF** |
| | **MINING PLAN** |
| Defendants. | **MODIFICATION** |

Defendants U.S. Department of the Interior ("Interior") *et al.* hereby inform the Court

that, on June 6, 2025, Interior issued a Final Environmental Impact Statement and Record of

Decision for Bull Mountains Mine No. 1, Federal Mining Plan for Federal Lease MTM-97988

Amendment 3, and an approval document authorizing Signal Peak Energy, LLC's mining plan

modification for Federal Coal Leases MTM 97988 at the Bull Mountains Mine No. 1, Montana

State Mining Permit C19940177.  *See* https://www.osmre.gov/laws-and-

regulations/nepa/projects (last visited June 9, 2025).  In light of the issuance of these documents,

Defendants intend to confer with Plaintiff regarding the dismissal of this case.

Respectfully submitted this 13th day of June 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environmental & Natural Resource Division


/s/ *Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney (D.C. Bar: 467742)
United States Department of Justice

---

[1] Secretary of the Interior is substituted for his predecessor in office pursuant to Federal
Rule of Civil Procedure 25(d).

Environment and Natural Resources Division
999 18th St., North Terrace, Suite 600
Denver, CO 80202
Tel: 303-844-1376 / Fax: 303-844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*